AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1537 Good Hope Road, SE
d/b/a Rose Mar Liquor Store
Washington, DC

**SEARCH WARRANT**

CASE NUMBER  08 - 049 - M - 01

TO: __Daniel C. Sparks__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent, Daniel C. Sparks__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

1537 Good Hope Road, S.E., Washington, D.C., is the Rose Mar liquor store. A red and white illuminated sign with the name Rose Mar is attached to the front of the store. The numerals 1537 are black in color and are located above the glass front door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Located during the search was, inter alia, a large, green plastic trash can type bucket containing maggots and a dark fluid consistent with decomposition.

Based on the foregoing your affiant submits that secreted within the confines of the Rose Mar Liquor Store, located at 1537 Good Hope Road, S.E., Washington, D.C., is evidence of the crime of murder and seeks a warrant to seize the trash can type bucket and its contents and, further, to have the contents of the trash can type bucket tested to determine if the contents are human remains.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __February 1, 2008__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JAN 25 2008 @ 2:48 pm at Washington, DC

Date and Time Issued
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>1/25/08 | DATE AND TIME WARRANT EXECUTED<br>1/25/08 3pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Rwdy Acree |
| INVENTORY MADE IN THE PRESENCE OF  SA Michelle Miller |||

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See attached Receipt.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

**FILED**
FEB 0 7 2008
Clerk, U.S. District and Bankruptcy Courts

Subscribed, sworn to, and returned before me this date.

_[signature]_
U.S. Judge or U.S. Magistrate Judge

02-07-2008
Date

OFFICE OF THE CHIEF MEDICAL EXAMINER
GOVERNMENT OF THE DISTRICT OF COLUMBIA
1910 Massachusetts Avenue, SE, Bldg. #27
Washington D.C 20003

## TRANSFER OF CUSTODY

**FROM:**
   TITLE→ Special Agent Michelle Miller FBI Washington Field Office

**TO:**
   TITLE→ MB Petrasek PA-C/MLI

**CASE NUMBER:** 08-0221

**DECEDENT'S NAME:** Unidentified.

**DESCRIPTION:**

2 Tyvek bags:

One bag labeled cheese cloth 1537 Good Hope Rd SE  file number 245 D WF 231704

One bag labeled Blue towels :Pupae casings 1537 Good Hope Rd SE  file number 245D WF 231704

**RECEIVED BY:**
   I hereby acknowledge receipt of the items described above.
   NAME: M.B PETRASEK PAC/ MLI    TITLE: _____
   (PLEASE PRINT)
   SIGNATURE: MB Petrasek PAC/MLI    DATE: 1/25/07

**RECEIVED FROM:**
   NAME: SA Michelle Miller    TITLE: Special Agent
   (PLEASE PRINT)
   SIGNATURE: [signature]    DATE: 1/25/08